# EXHIBIT 1

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
BED BATH & BEYOND, INC., et. al.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ROSIE G. LLAMAS

SUM-100
FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*



ENDORSED
OCT 05 2016
SUPERIOR COURT
COUNTY OF IMPERIAL
TAMMY L. GRIMM, CLERK
BY FRANCISCO ZUNIGA, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
El Centro Courthouse
939 West Main Street
El Centro, CA 92243

CASE NUMBER
*(Número del Caso)*
ECU09289

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Samir A. Atta, SBN 304511    (760)353-3484
Childers and Associates
1430 Broadway Street, El Centro, CA 92243

DATE: OCT 05 2016    TAMMY L. GRIMM    Clerk, by _____, Deputy
*(Fecha)*                                *(Secretario)*                    *(Adjunto)*
                                                                    F. ZUNIGA

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
American LegalNet, Inc.

Exhibit 1
Page: 1

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Samir A. Atta (SBN304511)<br>Childers and Associates<br>1430 Broadway Street<br>El Centro, CA 92243<br>TELEPHONE NO: (760)353-3484   FAX NO (Optional): (760)370-0522<br>E-MAIL ADDRESS (Optional): satta@rdchilderslaw.com<br>ATTORNEY FOR (Name): Rosie G. Llamas | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Imperial
STREET ADDRESS: 939 West Main Street
MAILING ADDRESS: 939 West Main Street
CITY AND ZIP CODE: El Centro, 92243
BRANCH NAME: El Centro Courthouse

ENDORSED
OCT 05 2016
SUPERIOR COURT
COUNTY OF IMPERIAL
TAMMY L. GRIMM, CLERK
BY FRANCISCO ZUNIGA, DEPUTY

PLAINTIFF: ROSIE G. LLAMAS

DEFENDANT: BED BATH & BEYOND, INC.

[X] DOES 1 TO 100

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
   [X] AMENDED (Number): First Amended Complaint
Type (check all that apply):
   [ ] MOTOR VEHICLE    [ ] OTHER (specify):
      [ ] Property Damage    [ ] Wrongful Death
      [X] Personal Injury    [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded  [ ] does not exceed $10,000
                    [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
      [ ] from limited to unlimited
      [ ] from unlimited to limited

CASE NUMBER:
ECU09289

1. Plaintiff (name or names): ROSIE G. LLAMAS
   alleges causes of action against defendant (name or names):
   BED BATH & BEYOND, Inc.
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]
COMPLAINT—Personal Injury, Property Damage, Wrongful Death
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

Exhibit 1
Page 2

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| ROSIE G. LLAMAS v. BED BATH & BEYOND, Inc. | ECU09289 |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): Bed Bath & Beyond, Inc.
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1 to 100 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1 to 100 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

| PLD-PI-001 [Rev. January 1, 2007] | COMPLAINT—Personal Injury, Property Damage, Wrongful Death | Page 2 of 3 |

Exhibit 1
Page 3

PLD-PI-001

| SHORT TITLE: ROSIE G. LLAMAS v. BED BATH & BEYOND, Inc. | CASE NUMBER: ECU09289 |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other (specify):

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☐ loss of earning capacity
    g. ☐ other damage (specify):

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: October 5, 2016

Samir A. Atta
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| ROSIE G. LLAMAS v. BED BATH & BEYOND, Inc. | ECU09289 |

First _____ **CAUSE OF ACTION—General Negligence**  Page ___4___
(number)

ATTACHMENT TO  [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* ROSIE G. LLAMAS

  alleges that defendant *(name):* BED BATH & BEYOND, Inc.

  [X] Does  1 _____ to  100 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* November 3, 2014
at *(place):* 520 East Danenberg Road, El Centro CA 92243

*(description of reasons for liability):*

Plaintiff Rosie G. Llamas ("Ms. Llamas") entered Defendant Bed Bath & Beyond, Inc. as a paying customer. Ms. Llamas was walking around the store with her aunt Josie Llamas. Ms. Llamas walked down an aisle when she tripped over a foot massager machine and electric cord. The electric cord was unraveled on the floor. As Ms. Llamas fell forward she hit a merchandise display with her forehead and left side of her body. Ms. Llamas fell to the floor. During the fall, a sharp object went through her elbow. Ms. Llamas suffered harm to her wrist, backside, left arm, and shoulder. Ms. Llamas was unable to breath, she was crying, and shaken.

Defendant Bed Bath & Beyond had a duty to not leave their foot massager and electric cord in the middle of an aisle. This duty was breached when the foot massager and electric cord was left in the middle of the aisle and Ms. Llamas tripped over the foot massager and electric cord. Defendant Bed Bath & Beyond, Inc. caused this injury when they failed to clean up the aisle. As a result of this breach, Ms. Llamas suffered harm.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

Exhibit 1
Page 5

PLD-PI-001(4)

| SHORT TITLE: ROSIE G. LLAMAS v. BED BATH & BEYOND, Inc. | CASE NUMBER: ECU09289 |
|---|---|

**Second**         CAUSE OF ACTION—Premises Liability      Page __5__
*(number)*

ATTACHMENT TO   [X] Complaint    [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name)*: ROSIE G. LLAMAS
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*: November 3, 2014     plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury)*:
Plaintiff Rosie G. Llamas ("Ms. Llamas") entered Defendant Bed Bath & Beyond, Inc. as a paying customer. Ms. Llamas was walking around the store with her aunt Josie Llamas. Ms. Llamas walked down an aisle when she tripped over a foot massager machine and electric cord. The electric cord was unraveled on the floor. As Ms. Llamas fell forward she hit a merchandise display with her forehead and left side of her body. Ms. Llamas fell to the floor. During the fall, a sharp object went through her elbow. Ms. Llamas suffered harm to her wrist, backside, left arm, and shoulder. Ms. Llamas was unable to breath, she was crying, and shaken.

Prem.L-2.   [X] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names)*:
Bed Bath & Beyond, Inc.

     [X] Does 1 to 100

Prem.L-3.   [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names)*:

     [ ] Does ___ to ___
Plaintiff, a recreational user, was   [ ] an invited guest   [ ] a paying guest.

Prem.L-4.   [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names)*:

     [ ] Does ___ to ___
a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [ ] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:

     [ ] Does ___ to ___
b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [ ] as follows *(names)*:

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]
CAUSE OF ACTION—Premises Liability
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Exhibit 1
Page 6

```
1  RYAN D. CHILDERS, SBN 232565
   KEVIN E. LAWLESS, SBN 279831
2  SAMIR ATTA, SBN 304511
   CHILDERS & ASSOCIATES
3  Attorneys at Law
   1430 Broadway Street
4  El Centro, CA 92243
   Telephone: (760) 353-3484
5  Facsimile: (760) 370-0522

6  Attorneys for ROSIE G. LLAMAS

7
```

## PROOF OF SERVICE OF SUMMONS

Rosie G. Llamas v. Bed Bath & Beyond, Inc., et al

Case No.: ECU09289

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to the within action; that I am a resident of the County of Imperial, State of California; my business address is **1430 Broadway Street, El Centro, California, 92243**; that on October 7, 2016, I served the following documents:

1. Summons
2. Civil Case Cover Sheet
3. First Amended Complaint
4. Stipulation and [Proposed] Order for Filing of First Amended Complaint
5. Proof of Service of Summons

by the following manner:

1. _X_ By placing the true copy(ies) enclosed in sealed envelopes, with CERTIFIED postage with RETURN RECEIPT fully prepaid, for each address stated below, for collection and processing on the date indicated following the ordinary course of business at the Law Office of Childers & Associates, located 1430 Broadway, El Centro, California. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter is more than one day after the date of deposit for mailing in this affidavit.

2. ___ By having copies delivered via Federal Express overnight service to the office of the person served with a person who was in charge of accepting deliveries for that office.

3. ___ By personally serving copies on the below-listed person(s) on the date indicated below.

4. ___ Via facsimile at the numbers indicated below for each person.

to the following person(s):

PROOF OF SERVICE                    -1-

Exhibit 1
Page 7

```
1   Sean R. Burnett
2   Snyder Law, LLP
    420 South Fairview Avenue, Suite 102
3   Santa Barbara, CA 93117
4
5   I declare under penalty of perjury under the laws of the State of California that the foregoing is true
6   and correct.
7
8   Executed this 7th day of October, 2016 at El Centro, California.
```

*/s/ Diane L. Perry*

Diane L. Perry

PROOF OF SERVICE                -2-

Exhibit 1
Page 8